STATE OF CONNECTICUT *v.* SERGIO VELASCO

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 424 (AC 16466), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court had incorrectly suppressed evidence in this case under the totality of circumstances test as articulated in *State* v. *Barton*, 219 Conn. 529 (1991)?"

PALMER, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 15881.

*Christina M. Carroll*, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided March 5, 1998

HATCH AND BAILEY COMPANY *v.*
JOHN MALLOZZI ET AL.

The defendant Philomena Mallozzi's petition for certification for appeal from the Appellate Court, 47 Conn. App. 929 (AC 16475), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Gerald M. Fox III*, in support of the petition.

*Harold N. Godlin*, in opposition.

Decided March 5, 1998